UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>ARLENE F. LOPEZ,<br><br>    Defendant | Case No.: 2:23-cv-00971-APG-BNW<br><br>**Order Striking Certificate of Interested Parties**<br><br>[ECF No. 2] |

I ORDER that plaintiff Voyager Indemnity Insurance Company's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Voyager as required by the recent amendment to that rule.

I FURTHER ORDER Voyager to file a proper certificate of interested parties by July 12, 2023.

DATED this 28th day of June, 2023.

    _____
    ANDREW P. GORDON
    UNITED STATES DISTRICT JUDGE