ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 012441
VANNAH & VANNAH
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone (702) 369-4161
Facsimile  (702) 369-0104
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY;<br><br>              Plaintiff,<br><br>      vs.<br><br>ARLENE F. LOPEZ;<br><br>              Defendant. | CASE NO.:   2:23-cv-00971<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER AND COUNTERCLAIM**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant ARLENE F. LOPEZ, by and through her attorneys of record L. DIPAUL MARRERO II, ESQ. and ROBERT D. VANNAH, ESQ., of VANNAH & VANNAH, and Plaintiff VOYAGER INDEMNITY INSURANCE COMPANY, by and through its attorneys of record RYAN J. WORKS, ESQ., and AMANDA M. PERACH, ESQ., of McDONALD CARANO LLP, and RAYMOND J. TITTMANN, ESQ., of TITTMANN WEIX LLP, that Defendant ARLENE F. LOPEZ be granted an extension of time to file a response to Plaintiff VOYAGER INDEMNITY INSURANCE COMPANY's Complaint, which was filed on June 6, 2023. The current deadline to file a responsive pleading is September 14, 2023.  The parties stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's complaint to September 25, 2023. This is the first stipulation for an extension

1

of time to file a responsive pleading.

| | |
|---|---|
| Dated: September 12, 2023 | Dated: |
| Vannah & Vannah | Tittmann Weix |
| /s/ L. DiPaul Marrero II._____ | /s/ Anneliese J. Bradley_____ |
| L. DIPAUL MARRERO II, ESQ.<br>NEVADA BAR NO. 012441<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant Arlene F. Lopez | RAYMOND J. TITTMANN<br>*pro hac vice*<br>ANNELIESE J. BRADLEY<br>*pro hac vice*<br>350 S. Grand Ave., Suite 1630<br>Los Angeles, CA 90071<br>Attorneys for Plaintiff Voyager Indemnity Insurance Company<br><br>McDonald Carano LLP<br><br>RYAN J. WORKS<br>NEVADA BAR NO. 9224<br>AMANDA M. PERACH<br>NEVADA BAR NO. 12399<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff Voyager Indemnity Insurance Company |

2

**ORDER**

IT IS SO ORDERED that Defendant's request for extension of time to file an Answer and Counterclaim having been considered, and it appearing to the Court that the request be stipulated and agreed to by and through all relevant attorneys of record, that the Defendant ARLENE F. LOPEZ be granted an extension of until September 25, 2023 to file an Answer and Counterclaim to Plaintiff VOYAGER INDEMNITY INSURANCE COMPANY's Complaint.

DATED this __15__ day of September, 2023

_____
UNITED STATES MAGISTRATE JUDGE