Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Phone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Raymond J. Tittmann, *(pro hac vice)*
Anneliese J. Bradley, *(pro hac vice)*
TITTMANN WEIX LLP
350 S. Grand Ave., Suite 1630
Los Angeles, California 90071
Phone: (213) 797-0630
rtittmann@tittmannweix.com
abradley@tittmannweix.com

Attorneys for Plaintiff
VOYAGER INDEMNITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ARLENE F. LOPEZ, individually;<br><br>Defendant. | Case No. 2:23-cv-00971-APG-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ARLENE F. LOPEZ, individually,<br><br>Counterclaimant,<br><br>v.<br><br>VOYAGER INDEMNITY INSURANCE COMPANY;<br><br>Counterdefendant. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterdefendant Voyager Indemnity Insurance Company ("Voyager") and Defendant and Counterclaimant Arlene F. Lopez, by and through respective counsel of record, hereby stipulate to the dismissal of this action and all claims set forth in Voyager's Complaint and Lopez's Counterclaim, with prejudice, with each party to bear its/her own attorney's fees and costs.

IT IS SO STIPULATED.

DATED: April 17, 2024

| | |
|---|---|
| Dated: April 17, 2024 | Dated: April 17, 2024 |
| TITTMANN WEIX | VANNAH & VANNAH |
| /s/ Anneliese J. Bradley | /s/ Robert D. Vannah |
| Raymond J. Tittmann, *pro hac vice* | Robert D. Vannah (NSBN 2503) |
| Anneliese J. Bradley, *pro hac vice* | L. DiPaul Marrero, II (NSBN 12441) |
| 350 S. Grand Ave., Suite 1630 | 400 South Seventh Street, Suite 400 |
| Los Angeles, CA 90071 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff Voyager Indemnity Insurance Company | Attorneys for Defendant Arlene F. Lopez |
| Ryan J. Works (NSBN 9224) | |
| Amanda M. Perach (NSBN 12399) | |
| MCDONALD CARANO LLP | |
| 2300 West Sahara Avenue, Suite 1200 | |
| Las Vegas, Nevada 8910 | |
| Attorneys for Plaintiff Voyager Indemnity Insurance Company | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 18, 2024